UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JASHUA DEAN BALDWIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 2:23-cv-01135-AR<br><br><br><br>ORDER FOR REMAND |

  Based on the stipulation of the parties, it is ORDERED that the Acting Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Acting Commissioner of Social Security for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate Plaintiff's subjective complaints; reevaluate the medical opinions and prior administrative medical findings; reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation process and obtain vocational expert testimony, if warranted; take action to further develop the record, as necessary; offer Plaintiff the opportunity for a new hearing; and issue a new decision.

  IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

  This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g) and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

  IT IS SO ORDERED this 22nd day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE